# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT COURT
# EASTERN DIVISION

In Re:                                              Case No. 16-52345

    Debtor(s): Cecelia Armstead                Chapter 13

                                                                       Judge Preston

## APPRAISAL OF PROPERTY

                                                                       Respectfully submitted,

                                                                       /s/  Anne Marie Rouault
                                                                       Anne Marie Rouault
                                                                       Real Sharp Realty
                                                                       2190 James Road
                                                                       Granville, OH 43023

# Comparable Market Analysis

**Saturday, May 14, 2016**



## For

Cecelia Armstead
2201 Margo Rd
Columbus, OH 43229

## By



**Anne M Rouault**
**Real Sharp Realty**
2190 James Rd.
Granville, OH 43023
614-832-2873
annemarie@realsharprealty.com
http://www.RealSharpRealty.com

## Comments

United States Bankruptcy Court

Rauser and Associates

Cecelia Armstead
2201 Margo Rd
Columbus, OH 43229

Case - 16-52345

**Map of Subject And Comparable Properties**





**Legend**
● Active  ● Sold  ● Pending  ● Withdrawn  ● Cancelled  ● Expired

📌  **Subject: 2201 Margo Rd Columbus OH 43229**
1. **2042 MARGO Road , Columbus OH 43229 (215006500, 0.14m)**
2. **2153 Margo Road , Columbus OH 43229 (215037722, 0.05m)**
3. **2139 Balmoral Road , Columbus OH 43229 (216001822, 0.08m)**

# Subject Property Description



| | |
|---|---|
| **Address** | 2201 Margo Rd<br>Columbus, OH 43229 |
| **Subdiv/Cmplx/Comm** | Northland Park Section 7 |
| **School District** | Columbus CSD |
| **Year Built** | 1999 |
| **Bedrooms** | 3 |
| **Baths F.H** | 2.1 |
| **SqFt Tax Record** | 1,454 |
| **Garage/EnclosdSpaces** | 2 |
| **Sub-Type** | Single Family Freestanding |
| **Style** | Two Story |
| **Acreage** | .1286 |
| **Taxes (Yrly)** | 1,955.54 |
| **Tax Year** | 2015 |

| | Subject | 215006500 | | 215037722 | | 216001822 | |
|---|---|---|---|---|---|---|---|
| | 2201 Margo Rd Columbus OH 43229 | 2042 MARGO Road Columbus OH | | 2153 Margo Road Columbus OH | | 2139 Balmoral Road Columbus OH | |
| Distance From Subject | | 0.14 | | 0.05 | | 0.08 | |
| List Price | | $119,900 | | $109,900 | | $114,900 | |
| Original List Price | | $119,900 | | $109,900 | | $114,900 | |
| Sold Price | | $108,000 | | $108,000 | | $113,000 | |
| Status | | Sold | | Sold | | Sold | |
| Status Date | | 05/28/2015 | | 01/08/2016 | | 05/05/2016 | |
| Days on Market | | 20 | | 20 | | 46 | |
| Cumulative Days on Market | | 20 | | 20 | | 46 | |
| **Adjustment** | | | /- | | /- | | /- |
| Subdiv/Cmplx/Comm | Northland Park Section 7 | Northland Park | | Northland Park | | Northland Park | |
| School District | Columbus CSD | COLUMBUS CSD 2503 FRA CO. | | COLUMBUS CSD 2503 FRA CO. | | COLUMBUS CSD 2503 FRA CO. | |
| Year Built | 1999 | 2000 | | 1999 | | 1966 | |
| Bedrooms | 3 | 4 | | 3 | | 3 | |
| Baths F.H | 2.1 | 2.1 | | 2.0 | 2500 | 2.0 | 2500 |
| SqFt Tax Record | 1,454 | 1,618 | -2000 | 1,144 | 5000 | 1,564 | -750 |
| Garage/EnclosdSpaces | 2 | 2.00 | | 2.00 | | 1.00 | 2500 |
| Sub-Type | Single Family Freestanding | Single Family Freestanding | | Single Family Freestanding | | Single Family Freestanding | |
| Style | Two Story | 2 Story | | 1 Story | | Split - 3 Level | |
| Acreage | .1286 | 0.18 | | 0.13 | | 0.17 | |
| Taxes (Yrly) | 1,955.54 | 1,349 | | 2,108 | | 2,576 | |
| Tax Year | 2015 | 2013 | | 2014 | | 2014 | |
| **Adjusted Price** | $112,917 | $106,000 | | $115,500 | | $117,250 | |
| Price Per Bedrooms | 37,639.00 | $26,500.00 | | $38,500.00 | | $39,083.33 | |
| Price Per Baths F.H | 56,458.50 | $50,476.19 | | $57,750.00 | | $58,625.00 | |
| Price Per SqFt Tax Record | 77.66 | $65.51 | | $100.96 | | $74.97 | |

# Price Analysis

## Summary of Closed Listings

| MLS # | Address | List Price | DOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|---|
| 215006500 | 2042 MARGO Road, Columbus OH | $119,900 | 20 | 20 | 05/20/2015 | $108,000 | $-2,000 | $106,000 |
| 215037722 | 2153 Margo Road, Columbus OH | $109,900 | 20 | 20 | 01/06/2016 | $108,000 | $7,500 | $115,500 |
| 216001822 | 2139 Balmoral Road, Columbus OH | $114,900 | 46 | 46 | 05/04/2016 | $113,000 | $4,250 | $117,250 |

## Low, Average, Median, and High Comparisons

| | Closed | Overall |
|---|---|---|
| Low | $106,000 | $106,000 |
| Average | $112,917 | $112,917 |
| Median | $115,500 | $115,500 |
| High | $117,250 | $117,250 |

## Overall Market Analysis (Unadjusted)

| Status | # | List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. SqFt Tax Record | Avg. List $/SqFt Tax Record | Avg. Sold $/SqFt Tax Record | Avg. Dom | Avg. CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 3 | 344,700 | 114,900 | 329,000 | 109,667 | 0.96 | 1,442 | 81.21 | 77.80 | 29 | 29 |
| Overall | 3 | 344,700 | 114,900 | 329,000 | 109,667 | 0.96 | 1,442 | 81.21 | 77.80 | 29 | 29 |

## Selection Criteria for Comparable Properties

**Specified listings from the following search:**

| **Comparison Based on Important Values** | | | | | |
|---|---|---|---|---|---|
| MLS # | Address | Adjusted Price | Price Per Bedrooms | Price Per Baths F.H | Price Per SqFt Tax Record |
| 215006500 | 2042 MARGO Road " , Columbus OH | $106,000 | $26,500.00 | $50,476.19 | $65.51 |
| 215037722 | 2153 Margo Road " , Columbus OH | $115,500 | $38,500.00 | $57,750.00 | $100.96 |
| 216001822 | 2139 Balmoral Road " , Columbus OH | $117,250 | $39,083.33 | $58,625.00 | $74.97 |
| **Average** | | **$112,917** | **$34,694.44** | **$55,617.06** | **$80.48** |
| Subject Has | | | 3 | 2.1 | 1,454 |
| Indicated Price | | | $104,083.33 | $116,795.83 | $117,019.15 |
| **Average** | | | **$112,632.77** | | |

# Listing Price Recommendation



| | |
|---|---|
| **Low** | $106,000 |
| **High** | $117,250 |
| **Recommended** | **$112,917** |