# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Cecelia Armstead | : | Case No. 16-52345 |
| | : | Chapter 13 |
| | : | Judge C KATHRYN PRESTON |

### CHAPTER 13 TRUSTEE'S RECOMMENDATION IN FAVOR OF CONFIRMATION OF CHAPTER 13 PLAN (DOC. 5)

Now comes Frank M. Pees, Chapter 13 Trustee, and states that he is satisfied that the requirements of Chapter 13 have been met, and recommends to the Court that Debtor(s) Plan be confirmed.

**TERMS OF PLAN:**

**Below Median Income**

**Best Interest Dividend: 0%     Dividend: 1%**

**Plan Payments:  $450 per month for the duration of the plan.**

**Length:  56 Months**

**Furthermore, Trustee notes:**

Dated: 05/23/2016

Respectfully submitted,

**/s/Frank M. Pees**
Frank M. Pees, Chapter 13 Trustee
130 E. Wilson Bridge Rd. #200
Worthington, Ohio 43085
(614) 436-6700
FAX: (614) 436-0949
Trustee@ch13.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below a copy of the Trustee's Favorable Recommendation was served on the Office of the United States Trustee and Debtor's attorney electronically through the court's ECF System at the email address registered with the court, and on Cecelia Armstead 2201 Margo Rd. Columbus, OH 43229 by regular first class mail, postage prepaid.

Dated: 05/23/2016

/s/**Frank M. Pees**
Frank M. Pees, Chapter 13 Trustee
130 E. Wilson Bridge Rd. #200
Worthington, Ohio 43085
(614) 436-6700
FAX: (614) 436-0949
Trustee@ch13.org